**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

REC'D OCT ⁻ 7 2024

TASHA ALISA UNDERWOOD ESTATE

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

COMMONWEALTH OF PENNSYLVANIA

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial:  ☐ Yes   ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.       List your name, address and telephone number.  If you are presently in custody, include your identification
         number and the name and address of your current place of confinement.  Do the same for any additional
         plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff          Name                TASHA ALISA UNDERWOOD ESTATE
                   Street Address      4946 W. Stiles Street
                   County, City        Philadelphia Philadelphia
                   State & Zip Code    Pennsylvania  Republic
                   Telephone Number

*Rev. 10/2009*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1            Name _Joshua David Shapiro_
                           Street Address _Main Capitol Office_
                           County, City _Dauphin   Harrisburg_
                           State & Zip Code _Pennsylvania   17120_

Defendant No. 2            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

Defendant No. 3            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

Defendant No. 4            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      Ⓠ  Federal Questions              Ⓠ  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
      issue? _____
      _____
      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___ pennsylvania ___

Defendant(s) state(s) of citizenship ___ Nation State ___

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? ___ FLANK FOLD HOSPITAL ___

___ PHILADELPHIA COUNTY ___

B.    What date and approximate time did the events giving rise to your claim(s) occur? ___ 1967 ___

14 DECEMBER  11:10 PM

| What happened to you? | C.    Facts:  TASHA ALISA UNDERWOOD is the Grantor and Tasha Alisa Underwood is the Grantee |

| Who did what? |   N/A   |

| Was anyone else involved? |  Edith Irene Tippett |

| Who else saw what happened? |   N/A   |

**IV.** **Injuries:** *Civil Law*

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Accidental Private Public Real Relative Injuries*

**V.** **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *Deliverence from wrongs, injustice and oppression, and to Stop being harassed by KML LAW GROUP with threats*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___9ᵗʰ___ day of ___October_____ , 20_24_.


Signature of Plaintiff ___TASHA ALISA UNDERWOOD___
Mailing Address ___4946 W. STILES STREET___
___PHILADELPHIA PENNSYLVANIA___
_____

Telephone Number _____
Fax Number *(if you have one)* _____
E-mail Address _____

<u>Note</u>:     All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this __7__ day of ___OCTOBER_____ , 20_24_, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern  District of Pennsylvania.


Signature of Plaintiff: ___By: Tasha-Alisa: Underwood___
Inmate Number ___189- 56- 4953_____

**Prepared by:**
*Tasha Alisa: of the family Underwood Grantee*
*Care Of: 4946 West Stiles Street*
*Philadelphia, Pennsylvania Republic*
*19131-9998*

**Recorded By:**
*TASHA ALISA UNDERWOOD Grantor*
*Care Of: 4946 West Stiles Street*
*Philadelphia, Pennsylvania Republic*
*19131-9998*

**After Recording Mail To:**
*The Executor Office*
*TASHA ALISA UNDERWOOD ESTATE*
*Care Of: 4946 West Stiles Street*
*Philadelphia Pennsylvania Republic*
*19131-9998*
*usa minor outlying islands non-military*
*occupied zone*

**RE:**
**RE 227922984US-01-04 (01-04 sub#s)**

*Land Recording*

*Deed of Acknowledgment and Acceptance by Grantee- RE: RE 227922984US-01*

*Notice of Delivery and Conveyance to the Living Estate Trust- RE 227922984US-02*

*Notice of Acceptance of Trust Property by Trustee- RE 227922984US-03*

*Notice of Interest in Estate by Private Trust- RE 227922984US-04*

*Certificate of Live Birth*

*Birth Certificate*

**Pages including cover sheet 10**

*Deed of Acknowledgement and Acceptance*
**RE 227922984USUS-01**

I, Tasha Alisa Underwood Grantee of the estate and trust property, formally acknowledge and accept the legal title to the TASHA ALISA UNDERWOOD ESTATE/TRUST. This property was granted to me from the State of Pennsylvania The property being indexed in Pennsylvania at the Philadelphia County Registrar of Deeds Office, file numbers **PA. File Numbers 187344-1967** and **PA Date Filed Numbers 187344-1968** is now accepted as private property

I hereby affirm that this deed is executed willingly and voluntarily, accepting all rights, titles, and interest conferred upon me by the state as the beneficiary of the Estate Trust registered in the State of Pennsylvania with the Secretary of State. I also accept the Equitable Title and all property associated with it and demand the return of all interest for my personal use and enjoyment.

Born on the land and soil on December 14, 1967, in Philadelphia Pennsylvania Republic, I am a private state national, owing allegiance to the republic. I am not to be mistaken or confused as a U.S. Citizen, a statutory citizen subject to military occupied jurisdiction, an enemy combatant, or an infant minor.

Now that I have reached the age of majority, I accept ab initio the gift of the estate and indemnify and hold harmless any trespasses done against it in the past. It is my will and intent to perfect the title by accepting this gift.

In consideration of the passing of the title, I hereby tender ten $1 canceled United States Postage stamps.

Signature

*[signature]*

Private State National, Pennsylvania
Grantee and Beneficiary
Tasha-Alisa: Underwood Absolute Title Owner
Office of the Executor
General Post Office
Province United States Minor Outlying Islands
Near 19131-4527

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania

County of Philadelphia

Subscribed, sworn to (or affirmed) before me on this *16* day of September 2024 , by Tasha Alisa Underwood proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: *Tisa R. Francis* *September 16, 2024*

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Tisa R Francis Notary Public
Philadelphia County
My Commission Expires 9/3/2026
Commission # 1053003



*Notice of Delivery of Deed and Conveyance*
*RE 227922984US-02*

Notice of Conveyance of Certificate of Legal Title

This is the Grantee's constructive notice, now acting as Grantor who is a Private State National of the Pennsylvania Republic by birth and lineage. I have accepted the Absolute title of the Estate Trust granted by the State of Pennsylvania and Philadelphia County Registrar.

The Certificate of title was fully granted to, conveyed, delivered, and accepted into the Private Estate Trust on September 16,2024. It was received by the Trustee/Administrator of the TASHA ALISA UNDERWOOD ESTATE via *RE 227922984US*

The Trustee, Underwood: Tasha -Alisa is now the 'grantee' of the said Certificate of title in private, by way of special deposit for considerable value.

This letter serves as constructive notice. If there are any objections or queries regarding this matter, please direct your communications to the Office of the Executor at the address listed below.

_____

TASHA ALISA UNDERWOOD Grantor/Settlor
Private State National, Pennsylvanian
Office of the Executor
General Post Office
Province United States Minor Outlying Islands
Near 19131-9998

_____

**Jurat**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania

County of Philadelphia

Subscribed, sworn to (or affirmed) before me on this 16th day of September 2024 by Tasha Alisa Underwood , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Tion R. Flaneis September 16, 2024 (Seal)

*Notice of Acceptance of Deed*
*RE 227922984US-03*

This is an authorized and formal notice of acceptance of the certificated deed recognized by **RE 227922984US**-03 as Trust Property. This legal notice is hereby served to the public through both constructive and actual notice.

As the Trustee, I hereby accept the Private Property Conveyed into the TASHA ALISA UNDERWOOD ESTATE TRUST by **RE 227922984US-02**. All rights, interest, and titles of the said property are now owned by the Private Irrevocable Living Estate Trust. The Trust reserves all rights over the property for the benefit of the beneficiaries, including all assets, rents, issues, and equity.

Please consider this letter as a formal notice of acceptance of the deed and the transfer of all rights, interests, and titles to the TASHA ALISA UNDERWOOD ESTATE TRUST.

Signature:

Private State National, Pennsylvanian
Tasha-Alisa: Underwood, Absolute Title Owner
Office of the Executor, Trustee
General Post Office
Province United States Minor Outlying Islands
Near 19131-9998

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania

County of Philadelphia

Subscribed, sworn to (or affirmed) before me on this 16th day of September 2024, by Tasha Alisa Underwood proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Tisa R. Francis   September 16, 2024

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Tisa R Francis Notary Public
Philadelphia County
My Commission Expires 9/3/2026
Commission # 1053003

*Notice of Interest*
*RE 227922984US-04*

As a lawful, recognized, and wholly equitable right does Tasha-Alisa: Underwood as Grantee and Private State National have given lawful and valuable consideration to the certificated, accepted, and transferred asset and am now stepping forward as the Grantor and Settlor of the TASHA ALISA UNDERWOOD ESTATE TRUST.

The assets underpinning the estate have been removed from the public domain and have been transitioned into the Private under Trust, thereby becoming a part of the Private Trust indenture. It is my intention and desire to benefit from all the rights, titles, interest, equity, rents, issues, and proceeds derived from the secured asset.

I would like to inform all that this notice of interest is issued from the Living Estate Trust, where I, in my role as the Grantee, have perfected the title. I have stepped forward as the Grantor, delivered and transferred the title to the Living Estate Trust, and the Trustee has accepted the Absolute title. The Trustee now possesses the legal title and equitable title and is entitled to the equitable interest arising from the said asset.

Accepted by:

Underwood: Tasha-Alisa Trustee
Office of the Executor
NationPennsylvania
General Post Office
Province United States Minor Outlying Islands
Near 19131-9998

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania

County of Philadelphia

Subscribed, sworn to (or affirmed) before me on this 16th day of September, 2024 by Tasha Alisa Underwood                         proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Tisa R Francis September 16, 2024

COMMONWEALTH OF PENNSYLVANIA · NOTARY SEAL
Tisa R Francis Notary Public
Philadelphia County
My Commission Expires 9/3/2026
Commission # 1053003

## NOTICE TO THE UNITED STATES OF AMERICA AND THE STATE OF PENNSYLVANIA

NOTICE TO PRINCIPAL IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

I, Tasha-Alisa Underwood, Grantee of the estate and trust property, formally acknowledge and accept the legal title to the TASHA ALISA UNDERWOOD ESTATE/TRUST. This property was granted to me from the State of Pennsylvania. The property was indexed at Common Pleas District Court September 3, 2019 Docket Case Number **190703068**  for land records in Pennsylvania at the Philadelphia County Registrar of Deeds Office  containing Pennsylvania file numbers **187344-1967** and Pennsylvania Date Filed Number **187344-1968** is now accepted as private property.

I hereby affirm that this deed is executed willingly and voluntarily, accepting all rights, titles, and interest conferred upon me by the state as the beneficiary of the Estate Trust registered in the State of Pennsylvania with the Secretary of State. I also accept the Equitable Title and all property associated with it and demand the return of all interest for my personal use and enjoyment.

Born on the land and soil on December 14, 1967 in Philadelphia Pennsylvania Republic, I am a private state national, owing allegiance to the republic. I am not to be mistaken or confused as a U.S. Citizen, a statutory citizen subject to military occupied jurisdiction, an enemy combatant, or an infant minor.

Now that I have reached the age of majority, I accept ab initio the gift of the estate and indemnify and hold harmless any trespasses done against it in the past. It is my will and intent to perfect the title by accepting this gift.

Also take notice that the property was conveyed into my private Living Estate Trust and accepted by said Trustee with the Trust having an interest in the estate and everything belonging  to me, Tasha-Alisa of the Family Underwood. Please do not attempt to administer the estate or govern any parts of the Trust Res. I do not consent to being governed by any outside entities, corporations, governments, or administrations. I require everything to be returned to me as the beneficiary of the Estate Trust. Please update your records and attach this notice to inform all other entities associated with your corporation.

In consideration of the passing of the title, I hereby tender ten $1 canceled United States Postage stamps.

Signature:

Private State National, Pennsylvanian
Tasha-Alisa:Underwood
Absolute Title Owner
Office of the Executor, Trustee
General Post Office
Province United States Minor Outlying Islands
Near 19131-9998



JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Pennsylvania

County of Philadelphia

Subscribed, sworn to (or affirmed) before me on this 16ᵗʰ day of September, 2024 by *Tasha Alisa Underwood* _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: *Tisa R Francis     September 16, 2024*

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Tisa R Francis Notary Public
Philadelphia County
My Commission Expires  9/3/2026
Commission # 1053003

Tasha Alisa: of the Family Underwood
c/o:4946 West Stiles Street
Philadelphia, Pennsylvania Republic
Near 19131-9998
tashaaunderwood@yahoo.com
215-987-8564 (cell)

<u>Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent</u>

**To the United States of America and the State of Pennsylvania and all acting Agents in Government:**

**<u>ACTUAL NOTICE of ATTAINING ABSOLUTE TITLE AND SPECIAL CLAIM TO INTEREST
THEREFROM.</u>**

**To: The United States of America**
**CC:**

The White House
Attention: Joe Biden, President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500

United States Attorney General
Attention: Merrick Garland
950 Pennsylvania Avenue NW
Washington, DC 20530, usa

Pennsylvania Attorney General
Attention Michelle Henry
Strawberry Square
Harrisburg, Pennsylvania 17120

Secretary of State
302 North Office
401 North Street
Harrisburg Pennsylvania 17120

Pennsylvania Department of Motor Vehicles
Secretary of State Facility
1101 South Front Street
Harrisburg, PA 17104

US Department of Transportation
Attention: Pete Buttigieg, Secretary of Transportation
1200 New Jersey Ave. SE
Washington DC 20590

US Government Accountability Office
Attention: Gene L. Dodaro
441 G St. NW
Washington, DC 2054

Departmento de Hacienda
Attention: Nelson Perez Mendez
PO BOX 9024140
San Juan, Puerto Rico 00920-4140

US Department of Treasury
Attention: Janet Yellen, Secretary of the Treasury
1500 Pennsylvania Avenue
Washington, DC 20220

Internal Revenue Service
Attention: Charles P Rettig, Commissioner
1111 Constitution Avenue NW.
Washington, DC 20224

US Department of Labor
Attention: Julie Su, Secretary of Labor
200 Constitution Ave. NW.
Washington, DC 20210-0001

US Comptroller General
Attention: Gene L Dodaro
441 G St., NW
Washington, DC 20548

Office of the Comptroller of the Currency
Attention: Michael J. Hsu
400 7th St. SW Suite 3E-218
Washington, DC 20219

Pennsylvania Comptroller
Attention Jennifer Benko
132 Main Capital Building
Harrisburg, PA. 17120-2020

Pennsylvania Department of Public Health
Division of Vital Records
Attention: Maria Dispenziere
625 Forster Street
Harrisburg PA 17120

Social Security Administration
Attention: Jo Anne B. Barnhart, Commissioner
6401 Security Blvd
Woodlawn, MD 21235

US Department of Treasury Bureau of the Fiscal Service
Attention: Timothy E. Gribben, Commissioner
3201 Pennsy Drive, Building E
Landover, MD 20785


US Department of Homeland Security
Attention: Alejandro Mayorkas, Secretary
300 7th St. SW
Washington, DC 20024

Attention to the TRUSTEE of NORTH AMERICA for the INDIGENOUS TRIBES
Governor General Of Canada
Attention: Her Excellency Mary Simon
Rideau Hall
1 Sussex Drive
Ottawa, ON K1A 0A1


Attention to the ROMAN CURIA and the HOLY SEE

To: The Roman Curia
Archbishop Paul Richard Gallagher            His Holiness Pope Francis
Secretariat of State, Holy See                   Apostolic Palace
Apostolic Palace 00120 Vatican City          00120 Vatican City

The Executor Office
TASHA ALISA UNDERWOOD
4946 W. Stiles St.
Philadelphia Pennsylvania Republic
19131-9998


TASHA ALISA UNDERWOOD  Grantor
Tasha Alisa Underwood Grantee

### Home for troubled Youth

Assessed Legal Description        120  S 3/8 N LURZERNE 1 STY BK GAR APTS  (25 00  X 121 03)

Abbreviated Legal Description    25  X IRREG

Actual Legal Description

ALL THAT CERTAIN lot or piece ground together with the two story apartment dwelling with store front and garage

SITUATED on the West side of Old York Road at the distance of 144 feet 11 1/8 inches Southwardly from the South side of Lycoming) Street

### Street Address 4012 Old York Road

CONTAINING in front or breadth on Old York Road 25 feet and extending in length or depth Westward between lines parallel with Lycoming Street on the North line thereof 117 feet 1 3/4 inches and on the South line thereof 121 feet 3/8 of an inch to the East side of 13th Street along side which said street it has a frontage of 24 feet 8 3/8 inches.


ALL THAT CERTAIN lot or piece ground together with the three story dwellings

SITUATED on the West side of 17th Street at the distance of forty-seven feet, eleven and one-half inches Northward from the North side of Cumberland Street.

CONTAINING in front or breadth on said 17th Street sixteen feet one-half inch and extending in length or depth Westwardly of that width between parallel lines at right angles to the said 17th Street sixty-seven feet to a two feet, ten inches wide ally extending from Cumberland Street to Huntingdon Street.

BOUNDED Northward by ground Southward by ground  Eastward by 17th Street and Westward by said alley.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at al times hereafter, forever.

BEING the same premises which Makia Underwood, Tasha Shalane Clark and Zakia Karima Clark, sole heirs of Jacqueline Denise Underwood deceased, by Deed dated October 23, 2014 and recorded October 30, 2014 in Philadelphia County Recorder of Deeds Office as Document No. 52845042 conveyed unto Makia Underwood as sole owner.

### Family Apartment  at Address 2506 North 17th Street

ALL THAT CERTAIN  lot or piece of ground  with two story dwelling

SITUATED on the Southeasterly side of Washington Lane (Seventy feet wide)  at a distance, of Three Hundred and Tweet-nine feet Southeastward from the Southwesterly side of Woolston Avenue (Sixty feet wide)

CONTAINING in front or breath on the said Washington Lane sixteen feet and extending of the width in length or depth Southeastward between parallel lines at right angle to Washington Lane One Hundred and Eighteen feet to the center line of a of a certain Twelve feet wide driveway which extends Southeastward from Woolston  Avenue to Lowber Avenue.

### Family Home at 1722 Washington Lane

**Community Services**

RJATH GROUP HOME FOR GIRLS, AND YOUTH FOR CENTER FOR BOYS AND GIRLS guiding the Youths at 4012 Old York Road Philadelphia

**Donations Annually**
Cancer Prevention Center in Memory of Robert Underwood & Jacqueline Denise Underwood
MI Prevention Center for Indigenous Men In Memory of Tony Clayton Underwood & Woodrow McFadden/Husain Sabri Muhammad

**Memorials**
**In Memory of Robert Underwood, Jacqueline Denise Underwood, Angela Grace Anderson, Tony Clayton Underwood, and Martial Arts Studio in Honor of Husain Sabri Muhammad Master Sensei**

**ANGELA SISTA'S SAFE SHELTER** FOR ABUSED AND BATTERED WOMEN at Philadelphia in Memory a **Angela Grace Anderson**

**Purchases to be Made by Trust**
The OLD SLEIGHTON FARM SCHOOL in Memory of Woodrow McFadden *"Husain Sabri"* SAB'RI YOUTH SPORTS CENTER
The Old Rudolph S. Walton School 2601-2631 N Twenty Eight Street **HUNTINGDON School of Language and Arts, for** Students Gifted in Music,

**Small Building for Private School for Autistic Children**
**Autism Awareness** Care for Sage Marie Underwood

**Business**
Hair Salon,
HerMuse Hair Studio Ciara Underwood Owner/Operator
Nyleamone Hair and Fashion Makia Underwood Owner/Operator

Entertainment Company
**UNDERWOOD Entertainment Presents**
**Tasha Underwood and A Cut Above the Rest**
**DiPnSlide Food and Beverage Service Head Chef Tiara Sabri**

**225 Billion**
Redeemed in Lawful Money of The United States of America
- **To provide and sustain assistance to serve the those Indigenous Woman, Man, Children and Youth misnomered in surrounding Area's implementing Work with funding substantial enough to maintain its needs of a household.**

- O Funding for a Neighborhood Schools, Construction renovation, Books, Computers, Trade School Programs, Healthy Food, Multi Language Learning, Arts programs, Factories for products to produce Clothing Funiture.

- O Funding for electives in Public Schools in the Forth District for Missing Children found.

- O Grants for Utility Bills in Crisis in the Forth District

- O Funding a Department to **reduce exoneration for probable causes committed under the Color of Law, for acts of Crimes wrongfully committed causing deaths, harassment, intimidation by Officers acting out of the Line of Duty, as State, County, and City Officers while working in or out of its Uniforms as a City Police, Sheriff Officer, State Trooper, District Attorney, or Public Officers**

- O **Spiritual House for the Neighborhood Service**

- O Funding for **a Non Violent Traffic Task Force Department to purchase** Vehicles and Computer's, to implement a system for Minor Traffic stops A task force of civilian for Vehicle Violation, Accidents, and Tows, Hiring and Training Men and Women for Deescalation tactics and being authorized to detain for CRIMES until Arrest is made, giving vehicle owner reasonable time 7 days to address Code violation for tickets Fee's to Fund the Community Youth Programs in which Traffic Tickets monies are collected.

- Provide land growing vegetables

- Provides Full Grants for Medical, Law, and Higher Learning School

- Provides funding for a Health OM *Mothers Care Center HUB [Heal Unite Bridge]*
- Funding for Farming Non GMO seed for Planting Vegetables Fruits

- Change Stiles Street to Stiles Way, Funding and rebuilding community for Work, Shelter and the Ailing Elderly and a Community Park

- ***To Develop a Sustainable Goal to finance a project for the Men, Women, Youth, and Children, Responding to the Crises in Philadelphia caused by lack of opportunity to be financially stable, to reduce drugs use and abuse Crime and Poverty***

- Funding Provides program for Lifer Women Prisoner releases Program housing food clothing employment

- Funding to Purchase the Old Sleighton Farms School), New Construction for a **Youth Sports Center** for Poor Children in the West and North Philadelphia Area providing a Tennis Center, Swimming Pool, Gymnastics Arena, , Beginners Golf Course, Skating, Martial Arts Center, Housing for Youth Summer Programs,

- Funding to Build the Sports Center at old Sleighton Farms School changing its Name TBA

- Funding towards expenses for Sustainable Goal for Youth and Adult local performances

- City of Philadelphia to Transfer all properties at 4900 Girard Avenue adjacent to 4900 Stiles Street land to build a Senior Home/ Senior Day Care Center, Build Playground area Swings and Slides on 4900 Stiles Street remove Tree and replant apple Trees new water piping for flood prevention, offer work for a better community. Community Area, Create Community Board of Seven Member.

- Funding for a Venue for Local Entertainment, serving Alcohol, Food Smoking Room

- **Resourcing Response from Homeland Security to Protect the Woman Man Youth and Children herein against Aggression**

- Funding for defense against any criminal violations tracing any sort of crimes committed within

- Funding for defense against Fraud

- Funding to Department of Environmental for a OM to create a youth Science Center for a better ecosystem to provide clean air, clean water, cleaner environment in Philadelphia Pennsylvania

- Funding for OM day celebrating Indigenous Mothers on the of 4900 Stiles 4900 Girard Avenue from Lancaster Ave thru 52nd the 4th Friday in August Friday 7am to 12 am Thru Sun 7am-12am Local Entertainment, A Major Artist each day, Free Food, Games, Clothes and School supplies, and Laptops giveaways.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TASHA ALISA UNDERWOOD ESTATE

**DEFENDANTS**
COMONWEALTH OF PENNSYLVANIA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [x] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. CODE § 1332, 31 U.S. Code §1321 31 U.S. Code 1322 42 U.S. Code 11302
Brief description of cause:
Declaration of Independence

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Joshua Roberts Daniel Anders
DOCKET NUMBER 201000064, 190703068, 2409091449

DATE 7 October 2024

SIGNATURE OF ATTORNEY OF RECORD NONE

FOR OFFICE USE ONLY

RECEIPT # KML LA     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE